## THOMPSON *et al.* v. BROWN.

No. 6598.   Opinion Filed December 22, 1914.

(145 Pac. 343.)

APPEAL AND ERROR—Presentation for Review—Record. Rulings of a trial court upon motion to vacate a judgment of dismissal can not be reviewed by this court unless made part of the record by bill of exceptions or case-made.
(Syllabus by the Court.)

*Error from County Court, Stephens County;
J. W. Marshall, Judge.*

Action by W. J. Thompson and another against J. W. Brown. From an order denying motion to vacate judgment and reinstate action, plaintiffs bring error. Dismissed.

*Carr & Field,* for plaintiffs in error.

*E. H. Bond* and *Chilion Riley,* for defendant in error.

BLEAKMORE, J. This case presents error from the county court of Stephens county. The parties appear here as in the court below.

On September 15, 1913, judgment was rendered dismissing the cause for want of prosecution. On December 6, 1913, plaintiff moved the court to vacate said judgment and reinstate the action,, which motion was on January 6, 1914, overruled.

The proceeding is here upon a purported transcript of the record. The assignments of error go only to the action of the trial court in overruling the motion to vacate the judgment dismissing the cause. Defendant in error moves to dismiss this proceeding for the reason that the record presents no error the subject of review. The ruling of a trial court upon motion cannot be reviewed here, unless made a part of the record by bill of exceptions or case-made. *Putnam et al. v. Western Bank Supply Co.*, 38 Okla. 152, 132 Pac. 483; *Cable v. Myers*, 43 Okla. 302, 142 Pac. 1114.

The case is therefore dismissed.

All the Justices concur, except KANE, C. J., absent and not participating.